# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2013

Robert P. Young, Jr.,
Chief Justice

7 April 2013

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144985(27)(28)(29)(31)

In re:

The Honorable DEBORAH ROSS ADAMS,
Judge, 3rd Circuit Court

_____/

SC: 144985
JTC: Formal Complaint No. 89

On order of the Court, the motions for immediate consideration and for leave to file a reply brief are GRANTED.  The reply brief submitted on July 18, 2013, is accepted for filing.  The Court further orders that the motion for rehearing is DENIED and that the motion for stay is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2013



Clerk